# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD McKENRICK,<br><br>Defendant. | CR 08-07-GF-BMM<br><br><br><br><br>ORDER TO FILE EXHIBITS UNDER SEAL |

Upon motion of the United States to file exhibits under seal, and for good cause shown, IT IS ORDERED that the Clerk of Court shall file the exhibits under seal.

DATED this 18th day of June 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1