THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DONALD MCKENRICK,<br><br>  Defendant. | CR-08-07-BMM<br><br>ORDER |

Donald McKenrick ("McKenrick") has moved for early termination of his term of supervised release. (Doc. 188.) McKenrick pleaded guilty to one count of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. (Doc. 44); (Doc. 68.) The Court sentenced McKenrick in July 2008 to 192 months' imprisonment, followed by ten years of supervised release. (Doc. 98.) The Court on August 5, 2020, reduced McKenrick's sentence to time served. (Doc. 187.) McKenrick began his term of supervised release on August 17, 2020. (Doc. 189 at 2.)

McKenrick seeks early termination of his term of supervised release in part so that he may use medical marijuana to better manage the side effects of his cancer treatment and medications. (Doc. 189 at 5-6); (Doc. 192.) The Court held a hearing on McKenrick's Motion on October 12, 2022. (Doc. 192.) The Court modified

1

McKenrick's conditions of supervised release to allow him to use medical marijuana under the supervision of a licensed medical professional. (Doc. 192.) The Court informed McKenrick, however, that he must demonstrate his ability to comply with this new condition of release before the Court would terminate supervision. The Court required McKenrick to complete an additional six months of supervised release with no violations before it would terminate supervision. (Doc. 192.) Six months now have passed, and the Court has not been informed of any violations of McKenrick's conditions of supervised release. The Court now will grant McKenrick's Motion.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of McKenrick's supervised release. McKenrick has completed nearly three years of his term of supervision after having completed successfully a lengthy term of incarceration. (Doc. 189 at 5.) McKenrick's probation officer has not identified any instances of noncompliance with the terms of his supervised release, and the Court

has been informed of no issues regarding McKenrick's medical marijuana use. (Doc. 47 at 2.) These successes demonstrate that McKenrick's case warrants termination of supervision.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that

Marceau's Motion for Early Termination of Supervised Release (Doc. 189) is **GRANTED**.

DATED this 12th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court